IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK WHITE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-287-WKW |
| | ) | [WO] |
| TELEVISION NEWS MEDIAS | ) | |
| CARRIERS, | ) | |
| RADIO STATIONS OF NORTH | ) | |
| AMERICA, | ) | |
| NEWSPAPER PUBLICATIONS | ) | |
| OF NORTH AMERICA, | ) | |
| TEXAS' STATE | ) | |
| LEGISLATURE(S)/REPRESENT | ) | |
| ATIVES, | ) | |
| TEXAS' STATE COURTS, | ) | |
| TEXAS' STATE LAW | ) | |
| ENFORCEMENT(S), | ) | |
| U.S. NEWS MEDIAS / RADIO | ) | |
| STATIONS, | ) | |
| PRESIDENT DONALD TRUMP, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On April 26, 2019, the Magistrate Judge filed a Recommendation that this case be transferred to the Northern District of Texas. (Doc. # 3.) Plaintiff objected. (Doc. # 4.) After conducting an independent and *de novo* review of the record, the Recommendation, and the objections, the court finds that Plaintiff's objections are

due to be overruled, the Recommendation adopted, and the case transferred to the Northern District of Texas.

It is ORDERED:

(1)  The Recommendation (Doc. # 3) is ADOPTED.

(2)  Plaintiff's objections (Doc. # 4) are OVERRULED.

(3)  This case is TRANSFERRED to the Northern District of Texas under 28 U.S.C. § 1406(a).  The Clerk of the Court is DIRECTED to take all necessary steps to effectuate the transfer.

DONE this 28th day of May, 2019.



/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE